**James WILSON, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. WD 52471.**

Missouri Court of Appeals,
Western District.

Dec. 10, 1996.

Rebecca L. Kurz, Assistant Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Fernando Bermudez, Assistant Attorney General, Jefferson City, for respondent.

Before SMART, P.J., and SPINDEN and ELLIS, JJ.

*ORDER*

PER CURIAM:

James Wilson appeals from the denial of his Rule 24.035 motion for postconviction relief.

Judgment affirmed. Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

**v.**

**Alphonso D. CASON, Appellant.**

**No. WD 52276.**

Missouri Court of Appeals,
Western District.

Dec. 10, 1996.

Emmett Queener, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for Respondent.

Before BRECKENRIDGE, P.J., and LAURA DENVIR STITH and HOWARD, JJ.

*ORDER*

PER CURIAM:

Appeal from a conviction of robbery in the first degree, § 569.020, RSMo 1994.

Affirmed. Rule 30.25(b).